UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE SOUTH EDGE LLC,<br><br>        Debtor.<br>_____<br><br>MERITAGE HOMES OF NEVADA, INC.<br>and MERITAGE HOMES<br>CORPORATION,<br><br>        Appellants,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Appellees.<br>_____ | 2:11-CV-01963-PMP-PAL<br>(BK-S-10-32968-BAM)<br><br><br><br>ORDER |

      IT IS ORDERED that Appellants shall have a period of fifteen (15) days from the date of this Order to file and serve an opening brief.  Appellees shall have fifteen (15) days thereafter to file and serve an answering brief.  Thereafter, Appellants shall have ten (10) days to file and serve a final reply brief.

      IT IS FURTHER ORDERED that Appellants shall file and serve with Appellants' brief excerpts of the record as an appendix pursuant to LR 8009(a) and Fed. R. Bank. P. 8009(b).  Appellees also may file and serve an appendix with Appellees' brief which contains required material omitted by Appellants.

DATED: January 18, 2012

_____
PHILIP M. PRO
United States District Judge